AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Thomas Burke                                    **JUDGMENT IN A CIVIL CASE**
                                                CASE NUMBER: 04-CV-755
    v.

Michael Hogan

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Glaziers' Motion to Amend or Correct their Motion to Vacate an Arbitrator's Decision is granted. Further, Glaziers' Motion for Permission to Submit Additional Authority is denied.  Further, that Carpenters' Motion for Summary Judgment is granted.  Further, Carpenters' Petition to Confirm an Arbitrator's Award is granted in substance.  Further, that Glaziers' Motion to Vacate an Arbitrator's Decision in case No. 04-CV-872) is denied in substance.  Further Carpenters' request for attorneys fees and costs is denied and this case is closed.

Date: September 30, 2005                        RODNEY C. EARLY,
                                                CLERK

                                                By:   s/Deborah M. Zeeb
                                                      Deputy Clerk